IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DERRICK EDDINGTON**                                   **PLAINTIFF**

**v.**                                             **CAUSE NO. 1:20-cv-361-LG-RHWR**

**GULF COAST EXOTIC AUTO, LLC**
                                                                       **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed with prejudice pursuant to Fed. R. Civ. P. 12.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 13th day of December, 2021.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    UNITED STATES DISTRICT JUDGE